UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| THOMAS SINGERMAN | CASE NO. 6:19-CV-00952 |
|---|---|
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| PBC MANAGEMENT INC ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### RULINGS ON OBJECTIONS TO DEPOSITION EXCERPTS

Pursuant to the scheduling order in this case, the parties have filed proposed deposition excerpts to be introduced at trial, as well as their objections to the proposed excerpts. With respect to the objections, the Court rules as follows:

### I.
### DEFENDANT'S OBJECTIONS

1. Deposition of Alfred Peralta

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| Page 129:15-137:8 | Defendants object to this testimony on the grounds that it calls for speculation, misstates the facts, and subject to the Motion in Limine to exclude the statement of Captain Peralta. | **Sustained** |
| Page 138:5-13 | Defendants object on the grounds that it calls for speculation, lack of foundation, and misstates the facts. | **Overruled** |
| Page 138:19-24 | Defendants object to the attached and to the statements of Captain Peralta for the reasons identified in the Motion in Limine pending before this Court. | **Sustained** |
| Page 146:21-149:22 | Defendants object to this line of questioning based upon relevance, subsequent and remedial measure, and more prejudicial than probative. | **Defer to Trial** |

| | | |
|---|---|---|
| Page 150:22-Page 151:7 | Defendants object on the grounds of hearsay, relevancy, subsequent remedial measure, and all reasons contained in the Motion in Limine to exclude evidence related to Captain Peralta's termination. | **Sustained** |
| Page 151:14-152:21 | Defendants object to this line of questioning on the grounds of relevancy, subsequent remedial measure, speculation, and hearsay. | **Defer to Trial** |
| Page 152:22-154:7 | Defendants object to this line of questioning on the grounds of speculation, lack of personal knowledge, and improper opinion testimony. | **Overruled** |
| Page 154:8-12 | Defendants object to this line of questioning on the grounds of speculation, lack of personal knowledge, and improper opinion testimony. | **Overruled** |
| Page 155:17-156:15 | Defendants object on the grounds that it is improper impeachment testimony, the statement used is the subject of the Motion to Exclude previously filed and pending with this Court, lack of foundation, speculation, relevancy and improper opinion testimony. | **Sustained** |
| Page 156:16-18 | Defendants object to this question on the grounds of speculation and lack of foundation. | **Defer for additional argument of counsel** |
| Page 157:6-161-25 | Defendants object to this line of questioning on the grounds of relevance, speculation, hearsay, lack of foundation, improper predicate, more prejudicial than probative, and confusing the issues. | **Sustained** |
| Page 163:17-21 | Defendants object on the grounds that this one question is taken completely out of context. | **Overruled. Defendant has leave to counter-designate to place questions in context.** |
| Page 166:7-167:23 | Defendants object on the grounds that the testimony is hearsay, irrelevant, calls for speculation, and has a lack of foundation for the witness to testify on the subject matter. | **Sustained** |
| Page 168:14-20 | Defendants object on the grounds that the questions are argumentative, they are irrelevant, they assume facts not in evidence, they assume facts not in evidence, they call for speculation, they are misleading, and they misstate the witness' prior testimony. | **Sustained** |

| | | |
|---|---|---|
| Page 172:25-174:19 | Defendants object to this line of questioning on the grounds that it is irrelevant, misuse of a prior statement, misstates testimony, confuses the issues, is more prejudicial than probative, and is misleading. | **Sustained** |

2. Deposition of Chad Jarman

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| Page 45:22-46:4 | Defendants object on the grounds that it is confusing the issues and inciting the jury. | **Sustained** |
| Page 47:17-20 | Defendants object on the grounds that it calls for improper opinion testimony. | **Overruled** |
| Page 52:17-23 | Defendants object on grounds that it calls for speculation, calls for determinations that are within the province of the jury, speculation, lack of foundation, improper predicate, and more prejudicial than probative. | **Sustained. Leading and cumulative** |
| Page 53:18-23 | Defendants object to this entire line of questioning on the grounds of relevancy, speculation, lack of foundation, and misstates the facts and evidence. | **Defer for additional arguments by counsel** |
| Page 57:2-65:19 | This entire line of questions is improper impeachment testimony, calls for speculation, bears a lack of foundation, is irrelevant, is more prejudicial than probative, and misstates the facts and evidence. | **Defer for additional arguments by counsel** |
| Page 74:13-75:11 | Calls for speculation, is irrelevant, and bears the lack of foundation | **Sustained** |
| Page 83:9-17 | Defendants object on the grounds that this question calls for speculation, lack of foundation and misstates facts and evidence. | **Defer for additional arguments by counsel** |
| Page 83:19-85:12 | Defendants object to the line of questioning based upon lack of foundation, speculation, relevancy, and improper opinion testimony. | **Overruled** |

3. Deposition of Edwin Perry Hall

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| Page 22:9-23:8 | Defendants object on the basis of relevancy. | **Overruled** |
| Page 37:10-25 | Calls for speculation and lack of foundation. | **Overruled** |
| Page 45:22–46:7 | The question calls for speculation and has a lack of foundation. | **Overruled** |
| Page 47:10-17 | Defendants object on the grounds of leading the witness. | **Overruled** |

| | | |
|---|---|---|
| Page 47:18–48:9 | Question calls for opinion testimony | **Overruled** |
| Page 48:10-14 | Defendants object on the grounds of leading the witness. | **Overruled** |
| Page 49:5-50:16 | Defendants object on the grounds of improper impeachment. | **Defer** |
| Page 50:8–57:18 | Defendants object on the grounds of improper impeachment, calls for speculation, lack of foundation, confusion of the issues, and misleading of the jury. | **Defer to trial. Parties can argue this objection at trial away from the jury.** |
| Page 58:7-25 | Calls for speculation, lack of foundation and improper predicate. | **Sustained** |
| Page 59:3-60:12 | Defendants object on the grounds of improper impeachment. | **Defer** |
| Page 60:13–61:8 | Defendants object to the question as a compound question. Defendants further object as it misstates the prior testimony. | **Overruled** |
| Page 61:9-18 | Defendants object to the question on the grounds that it calls for speculation and there is a lack of foundation. | **Overruled** |
| Page 61:20–62:16 | Defendants object to this line of questioning on the grounds that it calls for speculation, lack of foundation and improper opinion testimony. | **Overruled** |
| Page 64:9-66:12 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 66:20-67:6 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 67:18-68:19 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 68:20-22 | Defendants object as it calls for speculation. | **Overruled** |
| Page 68:23-69:5 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 69:10-23 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 72:1-75:14-76:7 | Defendants object on the grounds that it calls for speculation, lack of foundation, and more prejudicial than probative. | **Defer for additional argument by counsel** |
| Page 73:17-75:5 | Defendants object to the questions on the grounds that it's a leading questions. | **Overruled** |
| Page 74:25-75:5 | Defendants object on the grounds of leading the witness. | **Overruled** |

| Page 75:14-75:19 | Defendants object to the question as it calls for speculation. | **Defer for additional argument by counsel** |
|---|---|---|
| Page 76:3-7 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 76:14–77:14 | Defendants object on the grounds of lack of foundation, and calls for speculation. | **Defer for additional argument by counsel** |
| Page 77:15-78:3 | Defendants object on the grounds of leading the witness. | **Sustained** |
| Page 79:1-17 | Defendants object on the grounds that the answer is based upon hearsay. | **Defer for additional argument by counsel** |
| Page 79:18-80:5 | Defendants object on the grounds that it calls for speculation, lack of foundation and hearsay. | **Sustained** |
| Page 80:6-8 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 81:5-16 | Defendants object on the grounds that it calls for speculation. | **Overruled** |
| Page 81:17-82:15 | Defendants object to the question on the grounds that it's a leading question. | **Sustained** |
| Page 82:16-21 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 83:16-84:1 | Defendants object to this question on the grounds that it calls for speculation and lack of foundation. | **Sustained** |
| Page 83:16-85:13 | Defendants object on the basis of lack of foundation and improper predicate. | **Sustained** |
| Page 85:14-86:16 | Defendants object to this line of questioning on the grounds that it calls for improper opinion testimony. | **Sustained** |
| Page 86:10-87:3 | Defendants object to the question on the grounds that it's a leading question. | **Overruled** |
| Page 87:9-88:15 | Defendants object to this line of questioning on the grounds of improper opinion testimony. | **Sustained** |
| Page 88:16-89:2 | Defendants object on the grounds of lack of foundation, speculation, and hearsay. | **Overruled** |
| Page 89:10-19 | Defendants object to this line of questioning on the grounds that it is barred as a subsequent remedial measure. | **Defer to trial** |
| Page 89:20-91:8 | Defendants object to this line of questioning on the grounds that it is barred as a subsequent remedial measure. | **Defer to trial** |
| Page 93:20-94:2 | Defendants object on the grounds that it seeks improper opinion testimony. | **Overruled** |

| Page 94:3-95:8 | Defendants object to this line of questioning on the grounds of lack of foundation, improper predicate, lack of personal knowledge, and improper opinion testimony. | **Sustained** |
|---|---|---|
| Page 95:9-96:10 | Defendants object to this line of questioning on the grounds of lack of foundation, improper predicate, lack of personal knowledge, and improper opinion testimony. | **Sustained** |
| Page 96:11-97:14 | Defendants object on this line questioning on the basis of improper use of impeachment evidence, lack of foundation, improper predicate, improper expert opinion testimony, hearsay, and calls for speculation. | **Defer for additional argument by counsel** |
| Page 222:1-225:21 | Defendants object to the questions as leading, improper opinion testimony, and speculation. | **222:24-224:4 Sustained** |
| Page 223:6-13 | Defendants object to this question and answer on the grounds that it is a leading question. | **224:15-225:2 Sustained** |
| Page 223:14-21 | Defendants object to this question and answer on the grounds that it is a leading question. | **otherwise, Overruled** |
| Page 223:22-224:4 | Defendants object to this question and answer on the grounds that it is a leading question. | |
| Page 224:20-225:2 | Defendants object on the grounds that it is improper opinion testimony. Defendants further object on the grounds the line of questioning will confuse the issues, mislead the jury, and misstates the facts. | **Overruled** |
| Page 226:5-226:10 | Defendants object on the grounds of lack of foundation, hearsay, and speculation. | **Sustained** |
| Page 226:11-13 | Defendants object on the grounds of lack of foundation, hearsay, and speculation. | **Overruled** |
| Page 226:14-21 | Defendants object on the grounds that it lacks a foundation, the question is leading, and is improper speculation. | **Defer for additional argument by counsel** |
| Page 226:22-227:4 | Defendants object on the grounds that it lacks a foundation and is improper speculation. | **Defer for additional argument by counsel** |
| Page 227:5-13 | Defendants object on the grounds that it lacks a foundation, is leading, and is improper speculation. | **Sustained. Leading** |
| Page 227:14-228:12 | Defendants object on the grounds that it lacks a foundation, is leading, and is improper speculation. | **Sustained** |

| | | |
|---|---|---|
| Page 228:17-229:12 | Defendants object to this line of questioning on the grounds of speculation, is leading, lack of foundation and calls for improper opinion testimony. | **Sustained** |
| Page 230:8-16 | Defendant objects on the grounds that the question is leading. | **Sustained** |
| Page 230:19-231:2 | Defendants object on the grounds of improper speculation. | **Sustained** |
| Page 231:4-232:17 | Defendants object on the grounds of relevancy. | **Defer for additional argument by counsel** |

## II.
### PLAINTIFF'S OBJECTIONS

1. Deposition of Albert Peralta

| DESIGNATION | OBJECTION | RULING |
|---|---|---|
| Page 67:6-25-70:1-10, and Deposition Exhibits Nos: 6 and 7 | Documents were not previously disclosed; probative value substantially outweighed by danger of unfair prejudice, confusion, and misleading jury; no foundation. | **Defer for additional argument by counsel** |
| Page 46:23-25 | Leading | **Overruled** |
| Page 48:7-10 | Leading | **Overruled** |
| Page 48:11-14 | Leading | **Overruled** |
| Page 48:15-19 | Leading | **Overruled** |
| Page 49:17-20 | Leading | **Overruled** |
| Page 49:21-23 | Leading | **Overruled** |
| Page 49:24-25 and 50:1-3 | Leading | **Overruled** |
| Page 50:23-24 | Leading | **Overruled** |
| Page 52:2-5 | Leading | **Overruled** |
| Page 52:11-15 | Leading | **Overruled** |
| Page 53:1-4 | Leading | **Overruled** |
| Page 53:5-7 | Leading | **Overruled** |
| Page 53:8-9 | Leading | **Overruled** |
| Page 53:10-15 | Leading | **Overruled** |
| Page 54:10-13 | Leading | **Overruled** |
| Page 54:21-24 | Leading | **Overruled** |
| Page 54:25 and 55:1 | Leading | **Overruled** |
| Page 55:2-4 | Leading | **Overruled** |

| Page 55:5-9 | Leading | **Sustained. Compound and Confusing** |
|---|---|---|
| Page 55:5 and 56:1-3 | Leading | **Overruled** |
| Page 60:13-16 | Leading | **Overruled** |
| Page 72:6-8 | Leading | **Overruled** |
| Page 72:9-10 | Leading | **Overruled** |
| Page 84:18, 21 | Leading | **Overruled** |
| Page 85:1-8 | Leading | **Overruled** |
| Page 89:17-19 | Leading | **Overruled** |
| Page 89:20-22 | Leading | **Overruled** |
| Page 116:12-20 | Leading | **Overruled** |
| Page 176:16-23 | Leading | **Sustained** |
| Page 177:13-16 | Leading | **Overruled** |
| Page 177:17-19 | Leading | **Overruled** |
| Page 177:20-23 | Leading | **Overruled** |
| Page 177:24-25 and 178:1-2 | Leading | **Overruled** |
| Page 178:6-9 | Leading | **Overruled** |
| Page 178:10-15 | Leading | **Overruled** |
| Page 178:16-18 | Leading | **Overruled** |
| Page 178:19-22 | Leading | **Overruled** |
| Page 178:23-25 and 179:1-3 | Leading | **Overruled** |
| Page 179:4-7 | Leading | **Overruled** |
| Page 179:8-9 | Leading | **Overruled** |
| Page 179:10-13 | Leading | **Overruled** |
| Page 179:14-15 | Leading | **Overruled** |
| Page 179:16-21 | Leading | **Overruled** |
| Page 179:22-25 | Leading | **Overruled** |
| Page 180:9-11 | Leading | **Overruled** |
| Page 180:12-18 | Leading | **Overruled** |
| Page 181:8-11 | Leading | **Overruled** |
| Page 183:10-15 | Leading | **Overruled** |
| Page 183:16-18 | Leading | **Overruled** |
| Page 183:25 and 184:1-3 | Leading | **Overruled** |
| Page 184:4-6 | Leading | **Overruled** |
| Page 185:4-11 | Leading | **Sustained** |
| Page 185:12-25 and 186:1-7 | Leading | **Overruled** |
| Page 188:6-12 | Leading | **Overruled** |
| Page 188:13-16 | Leading | **Overruled** |
| Page 188:17-24 | Leading | **Overruled** |

| Page 188:25 and 189:1-15 | Leading | **Overruled** |
|---|---|---|
| Page 189:16-22 | Leading | **Overruled** |
| Page 189:23-25 and 190:3 | Leading | **Overruled** |
| Page 190:13-14 | Leading | **Overruled** |
| Page 190:15-18 | Leading | **Overruled** |
| Page 191:4-8 | Leading | **Overruled** |
| Page 50:14-22 | The answer is non-responsive to the question asked. | **Overruled** |
| Page 85:9-11 | Speculation and conjecture | **Sustained** |
| Page 85:9-16 | Speculation and conjecture | **Sustained** |
| Page 106:9-15 | Speculation and conjecture | **Overruled** |
| Page 108:12-25 – 113:1-15 and Peralta No. 9 | Speculation and conjecture | **Overruled** |

2. Deposition of Eddie Hall

| *DESIGNATION* | *OBJECTION* | *RULING* |
|---|---|---|
| Page 108:23-25 – 112:1-7 and Deposition Exhibit Nos: 6 and 7 | Exhibits never produced; unfair prejudice; no foundation. | **Defer for additional argument by counsel** |

THUS DONE in Chambers on this 26th day of August, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE